## IN THE UNITED STATES BANKRUPTCY COURT
## FOR EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

IN RE: Julia E. Pavlick            :
                                   :
    *Debtor*                      :    Bankr. No. 4:16-bk-16417-ref
                                   :
                                   :    Chapter 13

### ADDENDUM TO CHAPTER 13 PLAN

4 (d)(2) General Unsecured Creditors:  Other Unsecured debts shall be paid pro rata.

        Respectfully submitted,

        /s/ Michael J. McCrystal, Esquire
        _____
        Michael J. McCrystal, Esquire
        2355 Old Post Road, STE 4
        Coplay, PA 18037
        610 262-7873

        Attorney for the Debtor