### IN THE UNITED STATES BANKRUPTCY COURT
### FOR EASTERN DISTRICT OF PENNSYLVANIA
### READING DIVISION

IN RE: Julia E. Pavlick         :
                                :
    Debtor              :    Bankr. No. 4:16-bk-16417-ref
                                :
                                :    Chapter 13

### ADDENDUM TO CHAPTER 13 PLAN

4 (d)(2) General Unsecured Creditors:  Other Unsecured debts shall be paid 100% of the filed and allowed claims.

        Respectfully submitted,

        /s/ Michael J. McCrystal, Esquire
        _____
        Michael J. McCrystal, Esquire
        2355 Old Post Road, STE 4
        Coplay, PA 18037
        610 262-7873

        Attorney for the Debtor