United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-16417-ref
Julia E. Pavlick                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4         User: Keith              Page 1 of 1               Date Rcvd: Aug 10, 2017
                             Form ID: 155             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2017.
db       Julia E. Pavlick,    2750 Rockdale Rd,   Slatington, PA 18080-4009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2017                                       Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2017 at the address(es) listed below:
      DENISE ELIZABETH CARLON    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
      FREDERICK L. REIGLE     ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      FREDERICK L. REIGLE     on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
      MICHAEL J. MCCRYSTAL    on behalf of Debtor Julia E. Pavlick mccrystallaw@gmail.com, sueparalegal@gmail.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                          TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Julia E. Pavlick
        Debtor(s)                                      Chapter: 13

                                                                                Bankruptcy No: 16−16417−ref

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this August 10, 2017 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                     Richard E. Fehling
                                                                     Judge ,
                                                                     United States Bankruptcy Court

                                                                                               36
                                                                                             Form 155