### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### READING DIVISION

IN RE:  Julia E. Pavlick            :       CHAPTER 13
        Debtor              :
                            :       case no. 16-16417-ref
                            :

### *ORDER*

AND NOW, upon the certification of Michael J. McCrystal, Esquire, attorney for the debtors, of the legal work performed in the above proceeding and there being no objection thereto, IT IS ORDERED:

1. Michael J. McCrystal, Esquire is allowed a fee in the amount of three thousand two hundred twenty nine dollars and seventeen cents ($3,229.17) {less the sum of $1,200.00 already received} for services rendered as set forth in the FINAL Application for Approval of Professional Compensation.

2. Michael J. McCrystal, Esquire is allowed reimbursement for expenses in the amount of zero cents ($0.00).

3. A net claim is allowed in favor of Michael J. McCrystal, Esquire in the amount of two thousand twenty nine dollars and seventeen cents ($2,029.17).

BY THE COURT:

**Date: September 6, 2017**

_____
USBJ