| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 16-16417-PMM

JULIA E PAVLICK
2750 ROCKDALE RD
SLATINGTON  PA    18080-4009

Petition Filed Date: 09/12/2016
341 Hearing Date: 02/28/2017
Confirmation Date: 08/10/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/10/2019 | $400.00 |  | 02/13/2019 | $400.00 |  | 03/04/2019 | $400.00 |  |
| 04/09/2019 | $400.00 |  | 06/10/2019 | $400.00 | Monthly Plan P | 07/10/2019 | $400.00 | Monthly Plan P |
| 08/07/2019 | $400.00 | Monthly Plan P | 09/04/2019 | $400.00 | Monthly Plan P | 10/07/2019 | $400.00 |  |
| 11/05/2019 | $400.00 |  | 12/03/2019 | $400.00 |  | 01/07/2020 | $400.00 |  |
| 02/04/2020 | $400.00 |  | 03/09/2020 | $400.00 |  | 04/02/2020 | $400.00 |  |
| 05/01/2020 | $400.00 |  | 06/11/2020 | $400.00 |  | 07/09/2020 | $400.00 |  |
| 08/06/2020 | $400.00 |  |  |  |  |  |  |  |

**Total Receipts for the Period:  $7,600.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $15,600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | BECKET & LEE, LLP<br>»»  004 | Unsecured Creditors | $736.10 | $512.46 | $223.64 |
| 1 | DISCOVER BANK<br>»»  001 | Unsecured Creditors | $10,445.35 | $7,272.08 | $3,173.27 |
| 7 | FEDERAL NATL MG ASSN/FANNIE MAE<br>»»  007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC<br>»»  003 | Unsecured Creditors | $3,339.11 | $2,324.69 | $1,014.42 |
| 2 | NISSAN MOTOR ACCEPTANCE CORPORATION<br>»»  002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | NATIONSTAR MORTGAGE LLC<br>»»  005 | Mortgage Arrears | $1,742.10 | $1,742.10 | $0.00 |
| 6 | McCRYSTAL LAW OFFICES<br>»»  006 | Attorney Fees | $2,029.17 | $2,029.17 | $0.00 |

**Chapter 13 Case No. 16-16417-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,600.00 | Current Monthly Payment: | $500.00 |
| Paid to Claims: | $13,880.50 | Arrearages: | $600.00 |
| Paid to Trustee: | $1,359.50 | Total Plan Base: | $25,200.00 |
| Funds on Hand: | $360.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.