United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Julia E. Pavlick  
    Debtor

Case No. 16-16417-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Apr 14, 2021      Form ID: 138NEW      Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Julia E. Pavlick, 2750 Rockdale Rd, Slatington, PA 18080-4009 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | Nissan Motor Acceptance Corporation, PO BOX 660336, Dallas, TX 75266-0336 |
| 13790409 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998-2235 |
| 13790410 | | Barclays Bank of Delaware, 125 S West St, Wilmington, DE 19801-5014 |
| 13860381 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13925888 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 14289343 | + | Nationstar Mortgage LLC, dba Mr. Cooper, c/o Kevin S. Frankel, Esq., 3600 Horizon Drive, Ste 150, King of Prussia, PA 19406-4702 |
| 13790415 | | Nationstar Mortgage LLC, 8950 Cypress Waters Bllvd, Dallas, TX 75063 |
| 13840194 | + | Nationstar Mortgage LLC, c/o Denise Carlon, Esq., 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 13830635 | | Nissan, POB 660366, Dallas, TX 75266-0366 |
| 14219343 | + | Nissan Motor Acceptance Corporation, c/o William E. Craig, Esq., 110 Marter Ave., Ste 301, Moorestown, NJ 08057-3124 |
| 14054903 | + | Seterus, Inc., as the authorized subservicer for F, P.O. Box 1047, Hartford CT 06143-1047 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 15 2021 04:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 15 2021 04:09:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | Email/PDF: gecsedi@recoverycorp.com | Apr 15 2021 03:46:27 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13790408 | Email/Text: jwenner@apcifcu.org | Apr 15 2021 04:09:00 | Air Products FCU, PO Box 20147, Lehigh Valley, PA 18002-0147 |
| 13790412 | Email/Text: mrdiscen@discover.com | Apr 15 2021 04:08:00 | Discover Financial Services, PO Box 15316, Wilmington, DE 19850-5316 |
| 13830468 | Email/Text: mrdiscen@discover.com | Apr 15 2021 04:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13790411 | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 15 2021 03:34:24 | Chase/Bank One, PO Box 15298, Wilmington, DE |

Case 16-16417-pmm    Doc 67    Filed 04/16/21    Entered 04/17/21 00:50:25    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 14, 2021 | Form ID: 138NEW | Total Noticed: 30 |

| Recip ID | Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| | | | 19850-5298 |
| 13790413 | Email/Text: PBNCNotifications@peritusservices.com | Apr 15 2021 04:08:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 13846234 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 15 2021 03:46:58 | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation &, LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14025315 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 15 2021 03:47:01 | LVNV Funding, LLC its successors and assigns as, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13790414 | Email/Text: Documentfiling@lciinc.com | Apr 15 2021 04:08:00 | Lending Club Corporation, 21 Stevenson St Ste 300, San Francisco, CA 94105-2706 |
| 13790898 | Email/PDF: rmscedi@recoverycorp.com | Apr 15 2021 03:58:16 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13790416 | Email/PDF: gecsedi@recoverycorp.com | Apr 15 2021 03:34:25 | Synchrony Bank, attn.: Bankruptcy Dept., PO Box 965061, Orlando, FL 32896-5061 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13966022 | ##+ | Michael J. McCrystal, Esquire, 2355 Old Post Road, Suite 4, Coplay, PA 18037-2459 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 16, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| FREDERICK L. REIGLE | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| KEVIN G. MCDONALD | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| KEVIN S. FRANKEL | on behalf of Creditor NATIONSTAR MORTGAGE LLC pa-bk@logs.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 14, 2021 | Form ID: 138NEW | Total Noticed: 30 |

MATTEO SAMUEL WEINER
    on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com

MICHAEL J. MCCRYSTAL
    on behalf of Debtor Julia E. Pavlick mccrystallaw@gmail.com sueparalegal@gmail.com

REBECCA ANN SOLARZ
    on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com

Scott F Waterman
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Nissan Motor Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re: Julia E. Pavlick

      Debtor(s)                                      Bankruptcy No: 16−16417−pmm

                                                          Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑     2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑     3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                United States Bankruptcy Court
                Office of the Clerk, Gateway Building
                201 Penn Street, 1st Floor
                Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                       For The Court
                                                                                   Timothy B. McGrath
                                                                                   Clerk of Court

Dated: 4/14/21

                                                                                                                               65 − 64
                                                                                                        Form 138_new