Certificate Number: 13858-PAE-DE-035585048

Bankruptcy Case Number: 16-16417



13858-PAE-DE-035585048

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 19, 2021, at 12:49 o'clock PM EDT, Julia E. Pavlick completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   April 19, 2021          By:   /s/Wendel Ruegsegger

                                Name:  Wendel Ruegsegger

                                Title:  Counselor